IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD D. ANDERSON,

    Petitioner,

v.

LIZZIE TEGELS, Warden,
New Lisbon Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No.  11-cv-584-wmc

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Lizzie Tegels:

(1) denying petitioner Edward D. Anderson's petition for a writ of habeas corpus under U.S.C. § 2254; and

(2) dismissing with prejudice this case.

/s/

Peter Oppeneer, Clerk of Court

August 12, 2014

Date