IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWARD D. ANDERSON,

                Petitioner,

v.

LIZZIE TEGELS, Warden,
New Lisbon Correctional Institution,

                Respondent.

ORDER

11-cv-584-wmc

---

On August 12, 2014, this court denied the habeas corpus petition filed by state inmate Edward D. Anderson and dismissed this case. In that same order, the court denied a certificate of appealability. Anderson has now filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Anderson does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Edward D. Anderson's motion for reconsideration (Dkt. # 26) is DENIED.

Entered this 8th day of September, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge