IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CASE NO. : 11-CV-584-wmc

DOC NO
REC'D/FILED
2014 SEP 26 AM 10: 14
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Edward D. Anderson,

    Petitioner-Appellant,

v.

Lizzie Tegels, Warden,

    Respondent-Appellee.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Edward D. Anderson, Petitioner-appellant, Pro Se, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment and order denying his Petition for Writ of Habeas Corpus and RULE 59 (e) motion, entered in this action on the <u>12th</u> day of August, 2014, and on the <u>8th</u> day of September, 2014, respectfully.

Dated: September 23, 2014.

                                      Respectfully Submitted,

                                      /s/ Edward D. Anderson

                                      Edward D. Anderson, Pro Se
                                      Petitioner-Appellant