IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD D. ANDERSON,

        Petitioner,                      ORDER

      v.                                     11-cv-584-wmc
                                            App. No. 14-3126

LIZZIE TEGELS, Warden,
New Lisbon Correctional Institution,

        Respondent.

On August 12, 2014, the court denied the habeas corpus petition filed by state prisoner Edward Anderson pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and he requests leave to proceed *in forma pauperis*. (Dkt. ## 29 and 30). The court cannot consider this motion, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For his appeal to proceed, petitioner must either pay the $505 appellate docketing fee within twenty days or submit a certified inmate trust fund account statement for the six-month period immediately preceding the filing of his appeal.

ORDER

IT IS ORDERED that, not later than October 21, 2014, petitioner Edward D. Anderson shall pay the $505.00 appellate docketing fee or submit a certified copy of his inmate trust fund account statement for the period beginning approximately March 25, 2014 through at least September 25, 2014. If petitioner fails to pay the $505 appellate docketing fee, comply

as directed, or show cause for his failure to do so, then this appeal may be dismissed without further notice.

    Entered this 2nd day of October, 2014.

               BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge